IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MITCHELL DARNELL EADS,

Plaintiff,

v.

Case No. 1:24-cv-01076-JDB-tmp

FRANK STRADA, *et al.*,

Defendants.

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT OR, IN THE ALTERNATIVE, TO SEVER NEW CLAIMS AND OPEN NEW ACTION

On January 31, 2024, the Plaintiff, Mitchell Darnell Eads, Tennessee Department of Correction prisoner number 00243729, who is incarcerated at the Whiteville Correctional Facility in Whiteville, Tennessee, filed a pro se civil complaint pursuant to 42 U.S.C. § 1983 (Docket Entry ("D.E.") 1) and a motion for leave to proceed in forma pauperis ("IFP") (D.E. 2) in the United States District Court for the Middle District of Tennessee. On April 2, 2024, the Middle District granted Plaintiff leave to proceed IFP; assessed the $350 filing fee in accordance with the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915; and transferred the case to this district for further proceedings. (D.E. 6.)

On January 15, 2026, the Court screened the complaint pursuant to the PLRA and dismissed Plaintiff's claims for failure to state a claim for relief. (D.E. 9 (the "Screening Order").) The Court granted leave to amend those claims dismissed without prejudice within twenty-one days of the date of the Screening Order, warning that, if Eads "fails to file an amended complaint within the time specified herein, the Court will dismiss the case with prejudice and enter

judgment." (*Id.* at PageID 16.) Plaintiff failed to submit amended claims by his Thursday, February 5, 2026, deadline. Accordingly, on February 12, 2026, the Court dismissed this case with prejudice and certified that an appeal would not be taken in good faith. (D.E. 10.) The Court entered judgment the same day. (D.E. 11.)

On October 5, 2026, Plaintiff filed a "motion for leave to file a supplemental complaint or, in the alternative, to sever the new claims[,] open a new civil action[,] and accept payment of the full filing fee." (D.E. 12.) He seeks to file a supplemental complaint regarding events that occurred on October 6, 2025, after he filed his original complaint. However, this case is closed, and the Clerk has already opened a new civil action based upon Eads's proposed supplemental complaint. (*See Eads v. Walker*, Case No. 1:26-cv-01258-JDB-jay (W.D. Tenn.).) For these reasons, the motion is DENIED.

IT IS SO ORDERED this 7th day of October 2026.

s/ J, DANIEL BREEN
UNITED STATES DISTRICT JUDGE